IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-773 |
| BRUCE FIGLER, | ) | |
| | ) | Judge Lancaster |
| Defendant. | ) | Magistrate Judge Hay |

**ORDER**

AND NOW, this 5th day of Feb, 2006, after the plaintiff, DirecTV, Inc., filed an action in the above-captioned case, and after a Renewed Motion to Dismiss was submitted by defendant, Bruce Figler, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by defendant, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Amended Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's Renewed Motion to Dismiss [Docket No. 40] is DENIED.

GARY L. LANCASTER
United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

Peter V. Marcoline, Jr., Esquire
245 Fort Pitt Building
3rd Floor
Pittsburgh, PA 15222

John W. Gibson, Esquire
Law Offices of John W. Gibson
Greenfield Court
1035 Fifth Avenue
Pittsburgh, PA 15219-6201