IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIRECTV, Inc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Docket No. 2:04-CV-00773 |
| BRUCE FIGLER, | § § | (Judge Lancaster) |
| Defendant | § § § | |

## ORDER OF COURT

AND NOW, to wit, this 30 day of June, 2006, upon consideration of Plaintiff's Motion for Leave of Court to File a Reply to Defendant Bruce Figler's Response to Plaintiff's Motion to Strike Defendant's Amended Pretrial Statement and for Additional Discovery (D.E. #s 108, 110), it is hereby ORDERED, ADJUDGED and DECREED that said Plaintiff's Motion is GRANTED and Plaintiff may file a Reply not to exceed five (5) pages to Defendant's response to Plaintiff's Motion to Strike Defendant's Amended Pretrial Statement and for Additional Discovery within ten (10) days of the date of this Order.

BY THE COURT:

_____ J.

7