IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIRECTV, Inc., § § § Plaintiff, § § v. § § BRUCE FIGLER, § § Defendant § § | Docket No. 2:04-CV-773 (Judge Lancaster) |

## ORDER OF COURT

AND NOW, to wit, this 28th day of Feb, 2007, upon consideration of Plaintiff's Second Motion for Leave to Amend its Pretrial Statement, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's motion is GRANTED and shall file its Second Amended Pretrial Statement identifying Parrish Maitland, Manager, Radio Shack, Butler, Pennsylvania as a witness it intends to call at trial in its case-in-chief, listing exhibits provided by Radio Shack identified in Plaintiff's Motion at ¶ 7, the Optimus Satellite Dish, Computer Forensics Analysis of William Thorn and Pending Accounts reflecting the purchases of DIRECTV satellite equipment from Radio Shack by Defendant Bruce Figler, Jane Figler and Peter Figler during the period September 16, 1995 through March 29, 2001, clarify Plaintiff's Exhibits 19, 28 & 44, and list the Graphical Depiction of DIRECTV System (demonstrative evidence), Access Card Set up Example, Access Card Photographs and Photos from WT2 Code, within five (5) days of the date of this Order.

BY THE COURT:

_____, J.