IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
DIRECTV, INC.                     )
        Plaintiff,                )
                                  )
     v.                           )
                                  )  Civil Action No. 04-0773
BRUCE FIGLER,                     )
        Defendant.                )
```

ORDER

        AND NOW this 29th day of March, 2007, IT IS HEREBY ORDERED that the parties shall proceed as follows:

        1) The pretrial conference in the instant case, previously scheduled for April 6, 2007, will now be held before the under-signed on **Wednesday, April 4, 2007, at 1:30 p.m.**.

        2)  Jury selection and trial in the instant case, previously scheduled for April 16, 2007, will now begin on **Monday, April 9, 2007 at 9:30 a.m.** in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                                        BY THE COURT:


                                        s/Gary L. Lancaster        , J.
                                        Hon. Gary L. Lancaster,
                                        United States District Judge


cc:    All Counsel of Record